**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MANITTO TECHNOLOGIES, LLC<br><br>    Plaintiff<br><br>    v.<br><br>FERRARI NORTH AMERICA, INC. ET AL.,<br><br>    Defendants. | CASE NO. 2:14-cv-1105-RWS<br><br>**CONSOLIDATED LEAD CASE** |

# ORDER

On this day, Plaintiff Manitto Technologies, LLC ("Manitto") and Defendant Volvo Cars of North America, LLC ("Volvo") announced to the Court that they have resolved Manitto's claims for relief against Volvo asserted in this case. Manitto and Volvo have therefore requested that the Court dismiss Manitto's claims for relief against Volvo with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Manitto's claims for relief against Volvo are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same. The Clerk is ORDERED to terminate Volvo from the lead case, case number 2:14-cv-1105, and close member case, case number 2:14-cv-1117.

**SIGNED this 11th day of January, 2016.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE